# VINCENT J. ROMANO
## ATTORNEY AT LAW
### 9201 4TH AVENUE, SUITE 704
### BROOKLYN, NEW YORK 11209

-----------

**(718) 852-5200**

September 11, 2011

Honorable Carol B. Amon
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Daniel Capaldo
Criminal Docket No. 95-CR-1155(CBA)

Dear Judge Amon:

As you are aware, Mr. Capaldo has a conference scheduled before your Honor on September 19, 2011 at 10:30 a.m.

Please note that Mr. Capaldo's Southern District of New York sentence date has been adjourned to November 16, 2011 at 10:00 a.m. The sentence was adjourned because the Rule 20 transfer of the Eastern District case has not been completed.

Mr. Capaldo is respectfully requesting an adjournment of the above captioned matter until November 17, 2011 or November 18, 2011 at 11:00 a.m. or at such other date and time convenient to the Court.

Additionally, the government and the U.S. Department of Probation both consent to the above request.

Thank you very much.

Respectfully submitted,

Vincent J. Romano

VJR/mr
cc: AUSA Allon Lifshitz
    USPO Larry Goldman