AL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -                    95 CR 1155 (CBA)

DANIEL CAPALDO, <u>et al.</u>,

        Defendants.

- - - - - - - - - - - - - - - -X

<u>NOTICE OF APPEARANCE OF COUNSEL</u>

      PLEASE TAKE NOTICE that Assistant United States

Attorney Allon Lifshitz will be appearing in the above-

captioned matter.  Correspondence for Assistant United

States Attorney Allon Lifshitz should be sent to:

      Allon Lifshitz
      Assistant U.S. Attorney
      United States Attorney's Office
      271 Cadman Plaza East
      Brooklyn, New York 11201
      Tel: 718-254-6164
      Fax: 718-254-6478
      Email: Allon.Lifshitz@usdoj.gov

In addition, the Clerk of the Court is respectfully

requested to ensure that all future ECF notifications are

sent to Assistant United States Attorney Allon Lifshitz at the email address set forth above.

Dated: September 13, 2011
      Brooklyn, New York

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                  United States Attorney

                                        /s/
                                  Allon Lifshitz
                                  Assistant U.S. Attorney

cc:  Clerk of the Court (CBA) (by ECF)
     Defense Counsel (by ECF)