FILED
CLERK'S OFFICE
COURT E.D.N.Y.

MAR 23 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------
UNITED STATES OF AMERICA

    -against-

DANIEL CAPALDO
-------------------------------
AMON, Chief J.

VIOLATION OF
<u>SUPERVISED RELEASE ORDER</u>
CR95-01155 (CBA)

    WHEREAS the defendant having pled guilty on **February 21, 1996** in the United States District Court for the Eastern District of New York before the Honorable Reena Raggi, USDJ to violation of 21:841(b)(1)(A) & 846, and 18:371: and sentenced on **June 28, 1996** to the custody of the Bureau of Prisons for 168 months to run concurrent with his State sentence, followed by a 5 year term of supervised release.  On **September 18, 2008** the Honorable Carol Bagley Amon, USDJ, modified the defendant's conditions, prohibiting him from having any contact with members of the Colombo Crime Family and his co-defendants.

    NOW, the defendant having appeared in court on **March 6, 2012** and having been represented by Vincent Romano, Esq.; the United States having been represented by Assistant U.S. Attorney Allon Lifshitz and U.S. Probation Officer Larry Goldman, and having pled guilty on **December 9, 2011** of violating the terms of supervised release (Charge #2: Committing another federal crime), it is now,

    ORDERED AND ADJUDGED that the defendant be sentenced as follows: Supervised release is hereby revoked.  The defendant is committed to the custody of the Bureau of Prisons for 6 months to run consecutively to the sentence imposed by the Honorable Paul G. Gardephe of the SDNY (CR11-945).  No supervised release to follow. **The defendant is ordered to surrender to the designated institution on June 1, 2012 by 2:00 pm.**

    IT IS FURTHER ORDERED that the Clerk of the Court deliver certified copies of this Order to the United States Marshal, United States Attorney, and the United States Probation Department, all for the Eastern District of New York.

                                                    s/CBA

Dated: Brooklyn, New York
       March 20, 2012
                                      Carol Bagley Amon
                                      Chief U.S. District Judge